UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :
THOMAS J. AHRENS AND CHRISTINE M.               :    CASE NO. 1-09-02935-MDF
AHRENS                                          :
            Debtors                             :    CHAPTER 7

## MOTION TO SELL DEBTORS` INTEREST IN LEGAL DIRECTIVES

1. Leon P. Haller is the duly appointed and acting Trustee of the Estate of the above named Bankrupt.

2. Debtor, Thomas J Ahrens, has listed in Schedule B of the Petition a nine-five (95%) percent interest in a company named Legal Directives, LLC.

3. Trustee has received an offer from the Debtor, Thomas J. Ahrens, in the amount of $10,000.00 to purchase the said interest of Thomas J. Ahrens.

4. Trustee believes that the offer is fair and reasonable.

WHEREFORE, Trustee requests that he be authorized to sell the interest of Thomas J. Ahrens in Legal Directives, LLC for the sum of $10,000.00.

.

Dated: September 8, 2010

/s/Leon P. Haller
Leon P. Haller, Trustee
1719 North Front Street
Harrisburg, PA 17102-2392